United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE: Nahyamka Y. Skipper         Case No. 19-33744

Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Debtor has submitted a Proof of Claim for you in the amount of $1113.54, Claim# 16.

Claimant

Name         Denefits
Address      16500 Bake Parkway
City, State Zip   Irvine, CA 92618

Date: 1/26/2021

Jeffrey P. Allsteadt, Clerk

Catherine Mendoza
Deputy Clerk

Updated 9/5/18 SO

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                               Case No. 19-33744

Nahyamka Y. Skipper

                   Debtor(s)

### Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

<u>Creditor Name & Address:</u>

Denefits
16500 Bake Parkway
Irvine, CA 92618

<u>Debtor Name & Address:</u>

Nahyamka Y. Skipper
442 Thomas Avenue,
Apt. 1
Forest Park, IL 60130

The following parties received electronic notification

Attorney for Debtor Name:

David M. Siegel & Associates

Trustee Name:

M.O. Marshall

Date:  1/26/2021                                                    Catherine Mendoza
                                                                           Deputy Clerk